UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

DEC 1999

|  |  |
|---|---|
| JOHN B. REAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. CCB 98-3891 |
| ) | |
| HOWMEDICA, INC., et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Consent Motion to Enlarge Dispositive Motion Deadline and Related Briefing of the parties in the above-captioned case, as well as the entire record herein,

IT IS HEREBY ORDERED that the motion is granted. The scheduling order for the case is amended to permit dispositive motions to be filed no later than ~~January 10,~~ 21 days after the conclusion of ~~2000, in order to allow the parties begin~~ settlement discussions ~~and await assignment to~~ before the ~~a~~ Magistrate Judge ~~for a settlement conference~~. CCB

DATED: December 3, 1999

Hon. Catherine C. Blake
United States District Judge

DC:89726.1