FILED ——— ENTERED
LODGED ——— RECEIVED

MAR 31 2000

AT BALTIMORE
CLERK U.S. DIST...
DISTRICT OF MARYLAND    DEPUTY

BY

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| JOHN B. REAGAN, | : |
| **Plaintiff,** | : |
| v. | :  Civil Action No. CCB 98-CV-3891 |
| | : |
| HOWMEDICA, INC., and PFIZER, INC., | : |
| | : |
| **Defendants.** | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and having fully settled their disputes and agreed that each party will bear its own costs and legal expenses, hereby stipulate to the DISMISSAL of this case WITH PREJUDICE.

Respectfully submitted,

_Frank Morris_
Frank Morris, Esquire
Andrea Calem, Esquire
**EPSTEIN BECKER & GREEN**
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1156
202•861•0900
Counsel to Defendants

_Marc S. Zweben_
Marc S. Zweben, Esquire
**MARC S. ZWEBEN, P.C.**
7625 Fontaine Street
Potomac, Maryland 20854
301•545•0120
Counsel to Plaintiff

LAW OFFICE
MARC S. ZWEBEN, P.C.
7625 FONTAINE STREET
POTOMAC, MD 20854
TEL 301•545•0120
FAX 301•545•0413
MEMBER, MARYLAND & DISTRICT
OF COLUMBIA BARS

MAR 31 2000

_Approved
[signature] 3-31-2000
USDJ_